UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

ANTHONY CLASE,

        Defendant.

17 Cr. 123 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Defendant Clase's motion for compassionate release (dkt. no. 825).  The Government shall respond to Mr. Clase's motion by letter no later than July 7, and Mr. Clase may submit a reply no later than July 16.

**SO ORDERED.**

Dated:  June 23, 2020
        New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.