UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANTHONY CLASE,<br><br>                    Defendant. | No. 17-CR-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant Anthony Clase's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (See dkt. no. 881.)  Mr. Clase has already filed such a motion, (see dkt. no. 825), which the Court denied, (see dkt. no. 875). Based on that, the Court construes Mr. Clase's second motion for compassionate release as a motion for reconsideration.

    "Motions for reconsideration are disfavored, since they undermine finality and impose on scarce judicial resources." Pretter v. Metro N. Commuter R.R. Co., No. 00 CIV. 4366 (JSR), 2002 WL 31163876, at *1 (S.D.N.Y. Sept. 30, 2002).  "The primary grounds justifying reconsideration are an intervening change in controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Merced Irrigation Dist. v. Barclays Bank PLC, 178 F. Supp. 3d 181, 183 (S.D.N.Y. 2016) (quotation marks omitted).

    After reviewing Mr. Clase's submission, the Court finds that he has failed to offer anything rising to that standard.

Accordingly, the motion for reconsideration [dkt. no. 881] is DENIED. The Clerk of the Court shall mail a copy of this order to Mr. Clase.

**SO ORDERED.**

Dated:  February 5, 2021
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge