UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ANTHONY CLASE,<br><br>                    Defendant. | No. 17-CR-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's <u>pro se</u> motion requesting early termination of his term of supervised release. (Dkt. no. 1089.) The Government shall respond to Defendant's motion no later than September 12, 2025. Defendant may submit a reply no later than October 10, 2025.

**SO ORDERED.**

Dated:    August 12, 2025
             New York, New York

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge