UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

Plaintiff,

-against-

ANTHONY CLASE,

Defendant.

No. 17-CR-123 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

Mr. Clase's request to terminate his supervised release early is DENIED. However, after consideration of the factors set forth in 18 U.S.C. § 3553(a), and pursuant to 18 U.S.C. § 3583(e)(2) and Fed. R. Crim. P. 32.1(c)(2), the Court modifies Mr. Clase's terms of supervised release to permit the following: Mr. Clase may travel domestically for less than a week at a time with only 48 hours' notice to Probation—*provided that* he remains in compliance with his other conditions of release and gives Probation all requested details about the travel (*e.g.*, mode of travel, people traveling with, where and with whom he will be staying, and purpose of the trip). All other conditions of his release remain the same. The Clerk of Court shall close docket number 1089. **SO ORDERED.**

Dated:    June 9, 2026
          New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge